BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY WEST, MARK WEST,<br><br>    Plaintiffs,<br><br>    v.<br><br>Eric H. Holder, Jr., Attorney General, et al.<br><br>    Defendants. | No. 09-cv-2817 MCE GGH<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S DISPOSITIVE MOTION. |

The parties hereby stipulate to a two-week extension of time for the filing of Plaintiffs' dispositive motion in this matter, from April 29, 2010, to May 13, 2010. The reason for this extension of time is a delay in the government's production of the administrative record to Plaintiffs, due to a calendaring error by undersigned counsel for the government. The government does not request additional time for the filing of its dispositive motion, due May 20, 2010, and the parties agree that all other dates set forth in the Pretrial Scheduling Order remain the same.

Undersigned counsel for the government apologizes for the error, and the parties respectfully request that this two-week extension for good cause shown be granted.

///

-1-

| | | |
|---|---|---|
| 1 | DATED: April 13, 2010 | Respectfully submitted,<br>BENJAMIN B. WAGNER |
| 2 | | United States Attorney |
| 3 | | /s/ Audrey B. Hemesath<br>Audrey B. Hemesath |
| 4 | | Assistant U.S. Attorney |

/s/ Terry Robert Hunt
Terry Robert Hunt
Counsel for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, the time for Plaintiff to file any dispositive motion in this matter is hereby extended to May 13, 2010.

IT IS SO ORDERED.

Dated: April 14, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**Defendants' Privilege Log**

| | A-file Page Number | Date | Author | Privilege Claimed |
|---|---|---|---|---|
| 1) | 90-97 | unknown | Joseph Lynch | Attorney/Client |
| 2) | 101 | unknown | Joseph Lynch | Attorney/Client |
| 3) | 102-114 | 9/14/09 | unknown | Law Enforcement |
| 4) | 115 | 7/1/09 | Darvin Weirich | Deliberative Process |
| 5) | 116-126 | 7/1/09 | unknown | Law Enforcement |
| 6) | 132 | 1/30/09 | unknown | Deliberative Process |
| 7) | 134-135, 136-140 | 2/23/09 | unknown | Law Enforcement |
| 8) | 148-158 | 8/5/08 | unknown | Deliberative Process |