BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY WEST, MARK WEST, | No. 09-cv-02817 MCE GGH |
| Plaintiffs, | JOINT APPLICATION TO RESET THE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER |
| v. | Conference Date: August 5, 2010 |
| Eric H. Holder, Jr., Attorney General, et al. | Time: 2:00 p.m. |
| Defendants. | Hon. Morrison C. England, Jr.. |

## APPLICATION

The parties hereby stipulate and request that the pretrial conference, currently set for August 5, 2010 at 2 p.m., as well as the trial, currently set for October 1, 2010, be reset to October 28, 2010 at 2 p.m., for the pretrial conference, and December 17, 2010, for the trial, or at any date thereafter that is convenient for the Court. The parties sincerely apologize to the Court for this inconvenience.

The parties believe that good cause for resetting the pretrial and trial schedule as set forth in this Court's order of February 5, 2010 is established by the following. On July 29, 2010, the Court issued an order denying the parties' cross-motions for summary judgment. Both parties had wrongly anticipated that, as an Administrative Procedure Act case, the cross-motions for summary judgment would be dispositive. The parties did confer during the pendency of the cross-motions for summary judgment, but did not take action because the motions for summary judgment were still pending.

-1-

1  Upon receipt of the Court's July 29, 2010 order, the parties immediately conferred. As well,
2  counsel for the government notified both the Department of Homeland Security and the
3  Department of Justice Office of Immigration Litigation of the decision. Because of the need for
4  input from both of these entities, including any exploration of possible resolution to the matter at
5  the administrative level, the defendants will be unable to prepare a joint pretrial statement in
6  compliance with Local Rule 281(b) and the Court's minute order of July 30, 2010.
7  For the forgoing reasons, the parties submit that good cause exists to reset both the pretrial
8  conference and trial dates.

DATED: July 30, 2010

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

 /s/ Audrey B. Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney


/s/ Terry Robert Hunt
Terry Robert Hunt
Counsel for the Plaintiffs


**ORDER**

Therefore, good cause having been shown, it is hereby ordered that the pretrial conference currently set for August 5, 2010, is continued to October 28, 2010 at 2:00 p.m.. The trial date, currently set for October 1, 2010, is continued to December 17, 2010.

IT IS SO ORDERED.

Dated: August 2, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE